**FILED**
CLERK, U.S. DISTRICT COURT

February 12, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$100,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | NO. 2:19-CV-06247-SB-AGR<br><br>**JUDGMENT OF FORFEITURE** |
| YUE LU AND GENSHENG LYU,<br><br>　　　　Claimants. | |

　　For the reasons explained in this Court's February 8, 2021 Order Granting Plaintiff's Motion for Summary Judgment (Dkt. No. 41), it is hereby ORDERED, ADJUDGED and DECREED as follows:

　　1. Judgment of forfeiture is entered in favor of plaintiff
　　　 United States of America.
　　2. All right, title and interest in the defendant $100,000.00 in
　　　 United States Currency is forfeited to the United States of
　　　 America, and no other right title or interest shall exist

therein.

3. The government shall dispose of the defendant $100,000.00 in United States Currency according to law.

IT IS SO ORDERED.

February 12, 2021
DATE

*[signature: SBC]*

HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE